Certificate Number: 12433-PAE-DE-027988956

Bankruptcy Case Number: 16-13982



12433-PAE-DE-027988956

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2016, at 4:48 o'clock PM EDT, Dominic T. Punzo completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 30, 2016              By:    /s/Candace Jones

                                     Name:  Candace Jones

                                     Title: Counselor